**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7490

SHAUN WAYNE WILES,

Plaintiff - Appellant,

versus

JONATHAN E. OZMINT, Director SCDC; BERNARD
MCKIE; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (0:05-cv-02111-CMC)

Submitted:  February 23, 2007        Decided:  March 26, 2007

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shaun Wayne Wiles, Appellant Pro Se.  Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Wayne Wiles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wiles v. Ozmint, No. 0:05-cv-02111-CMC (D.S.C. Aug. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED